IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ADAM SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE HADDON et al.,<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br><br>Case No. 2:20-CV-379 DAK<br><br>District Judge Dale A. Kimball |

  Plaintiff, Adam Smith, filed a civil rights complaint.[1] On September 21, 2020, the Court ordered Plaintiff to, within thirty days, pay an initial partial filing fee of $28.33.[2] Plaintiff has not complied.

  IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed without prejudice.

  DATED this 10th day of December, 2020.

            BY THE COURT:

            _____
            DALE A. KIMBALL
            United States District Judge

---

[1] *See* 42 U.S.C.S. § 1983 (2020).
[2] *See* 28 *id.* § 1915.